UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE BROWN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AIRGAS ON-SITE SAFETY SERVICES, INC.,<br><br>    Defendant. | Case No. 13-cv-04975-JST<br><br>**ORDER GRANTING STIPULATED REQUEST FOR STAY AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 20 |

The Court has received the parties' request to stay this action so they can mediate the case with Mark Rudy on August 12, 2014. ECF No. 20. The request for stay is granted through and including September 11, 2014, at which time the stay will dissolve.

The Case Management Conference currently scheduled for May 28, 2014 is continued to September 11, 2014. A Joint Case Management Statement must be filed by August 28, 2014. If the parties have not settled the action by that time, the JCMS shall propose a schedule through the hearing on Plaintiffs' class certification motion.

**IT IS SO ORDERED.**

Dated: May 14, 2014

_____
JON S. TIGAR
United States District Judge