1 | DENNIS M. BROWN, Bar No. 126575
DMBrown@littler.com
2 | MARLENE S. MURACO, Bar No. 154240
MMuraco@littler.com
3 | ANNE SWEENEY JORDAN, Bar No. 273589
AJordan@littler.com
4 | LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
5 | San Jose, California  95113.2303
Telephone:    408.998.4150
6 | Facsimile:     408.288.5686

7 | Attorneys for Defendant
AIRGAS ON-SITE SAFETY SERVICES, INC.
8

SHAUN SETAREH, Bar No. 204514
9 | shaun@setarehlaw.com
ADRIENNE HERRERA, Bar No. 278640
10 | adrienne@setarehlaw.com
SETAREH LAW GROUP
11 | 9454 Wilshire Boulevard, Suite 711
Beverly Hills, CA 90212
12
Attorneys for Plaintiffs
13 | DIANE BROWN; KIERRE TOWNSEND

14 | [ADDITIONAL COUNSEL LISTED ON
FOLLOWING PAGES]
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE BROWN; KIERRE TOWNSEND, on behalf of themselves, all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIRGAS ON-SITE SAFETY SERVICES, INC., a Delaware Corporation; GULF SOUTH SAFETY CONSULTANTS, LLC, a Louisiana limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  13-04975 JST<br><br>ASSIGNED TO THE HONORABLE JON S. TIGAR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING SETTLEMENT**<br><br>Complaint filed:  October 25, 2013 |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

Case No. 13-04975 JST

STIP AND ORDER TO CONTINUE STAY PENDING SETTLEMENT

1 | TRACY WEI COSTANTINO, Bar No. 192847
Tracy.Costantino@lewisbrisbois.com
2 | JEFFREY S. RANEN, Bar No. 224285
Jeffrey.Ranen@lewisbrisbois.com
3 | LEWIS BRISBOIS BISGAARD & SMITH LLP
221 N. Figueroa street, Suite 1200
4 | Los Angeles, CA 90012
Telephone:  (213) 250-1800
5 | Facsimile:  (213) 250-7900

6 | Attorneys for Defendant
GULF SOUTH SAFETY CONSULTANTS, LLC

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

2.    Case No. 13-04975 JST

STIP AND ORDER TO CONTINUE STAY PENDING SETTLEMENT

Plaintiffs DIANE BROWN and KIERRE TOWNSEND ("Plaintiffs"), Defendant AIRGAS ON-SITE SAFETY SERVICES, INC. ("AOSS") and Defendant GULF SOUTH SAFETY CONSULTANTS, LLC ("Gulf South") (collectively referred to herein as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. WHEREAS, the Court issued an Order on May 14, 2014, staying formal discovery and all deadlines in this case until the Parties attended private mediation in August 2014 (Dkt. No. 21);

2. WHEREAS, the Court's Order continued the Case Management Conference previously scheduled for May 28, 2014 until September 11, 2014, at which time the stay will dissolve (Dkt. No. 21);

3. WHEREAS, on August 12, 2014, the Parties attended private mediation with mediator Mark S. Rudy in San Francisco, California, in an attempt to resolve both this current case, as well as two related, companion cases with overlapping classes involving the Parties and currently pending before the Honorable Elihu Behrle in Dept. 323 of the Los Angeles County Superior Court, entitled *Louise Robinson, et al., vs. Airgas On-Site Safety Services, Inc.* ("*Robinson*"), and *Benjamin Anderson, Francisco Maiava, et al. v. Airgas On-Site Safety Services, Inc., Gulf South Safety Consultants, LLC and Responsable Staffing, LLC* ("*Anderson*").

4. WHEREAS, following that mediation, on August 26, 2014, the Parties agreed to the terms of a global settlement encompassing both this matter, as well as the *Robinson* and *Anderson* matters;

5. WHEREAS, the Parties have agreed to a continued stay of this matter to encompass all pending deadlines, including the upcoming Case Management Conference on September 11, 2014, to allow the Parties to continue to finalize the terms of the settlement documents including a formal settlement agreement;

THEREFORE, the Parties respectfully request this Court continue to stay all deadlines in this case, including the deadline for submitting an updated Joint Case Management Conference Statement, as well as the upcoming Further Case Management Conference currently scheduled for September 11, 2014, until after the Parties have finalized the terms of their settlement.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

3.   Case No. 13-04975 JST

STIP AND ORDER TO CONTINUE STAY PENDING SETTLEMENT

**IT IS SO STIPULATED**.

Dated: August 28, 2014

//s// *Dennis M. Brown*
DENNIS M. BROWN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AIRGAS ON-SITE SAFETY SERVICES, INC.

Dated: August 28, 2014

//s// *Shaun Setareh*
SHAUN SETAREH
SETAREH LAW GROUP
Attorney for Plaintiffs
DIANE BROWN; KIERRE TOWNSEND

Dated: August 28, 2014

//s// *Tracy Wei Costantino*
Tracy Wei Costantino
LEWIS BRISBOIS BISGAARD & SMITH LLP
Attorneys for Defendants
GULF SOUTH SAFETY CONSULTANTS, LLC

## ORDER

Based upon the joint stipulation of the Parties in the above-captioned case, and good cause appearing, a continued stay of this case, in its entirety, is ordered to allow the Parties to finalize the terms of their settlement. The Parties shall file an updated Joint Case Management Conference Statement with the Court on or before October 2, 2014 advising the Court of the status of their settlement agreement and plan for formal approval of the class settlement. A further Case Management Conference is set for October 29, 2014 at 2:00 p.m.

**IT IS SO ORDERED.**

**DATED:** August 28, 2014

HONORABLE JON S. TIGAR

*IT IS SO ORDERED AS MODIFIED*
Judge Jon S. Tigar

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150